| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Steven Pully |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of Michigan (State) |
| Case number | 15-31624-jda |

# Form 4100R

# *Please be advised this response is being refiled solely to correct the docket event entry #102 to reflect Response <u>Disagreeing</u> with the Notice of Final Cure Payment.

## Amended Response to Notice of Final Cure Payment         10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

| Part 1: | Mortgage Information | Statement / Response Date: 03/01/2021 |
|---|---|---|

**Name of creditor:** Specialized Loan Servicing, LLC as servicing agent for MASTR Asset Backed Securities Trust 2005-WF1, U.S. Bank National Association, as Trustee

**Court claim no.** (if known): 8-1

**Last 4 digits** of any number you use to identify the debtor's account: 0472

**Property address:** 268 Hickory Street
Number    Street

Montrose, Michigan 48457
City                    State    ZIP Code

| Part 2: | Prepetition Default Payments |
|---|---|

*Check One*:

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:

| Part 3: | Postpetition Mortgage Payment |
|---|---|

*Check one*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: _____
MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| | | | |
|---|---|---|---|
| Debtor 1 | Steven Pully | Case number (if known) | 15-31624-jda |
| | First Name  Middle Name  Last Name | | |

a. Total postpetition ongoing payments due: (a) $0.00

b. Total fees, charges, expenses, escrow, and costs outstanding: + (b) $4,436.43

c. **Total**. Add lines a and b. (c) $4,436.43

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: 03/01/2021 MM / DD / YYYY

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Mukta Suri      Date  03/01/2021
   Signature

Print    Mukta Suri
         First Name   Middle Name   Last Name       Title   Authorized Agent for Specialized Loan Servicing, LLC

Company  Bonial & Associates, P.C.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  P.O. Box 9013
         Number    Street
         Addison, Texas 75001
         City            State         ZIP Code

Contact phone  (972) 643-6600    Email  POCInquiries@BonialPC.com

Form 4100R    **Amended Response to Notice of Final Cure Payment**    page 2
15-31624-jda   Doc 103   Filed 03/01/21   Entered 03/01/21 15:45:05   Page 2 of 7
OCF4100R201510                                                      4128-N-0576

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
FLINT DIVISION

| | |
|---|---|
| IN RE: § § § CASE NO. 15-31624-DO § STEVEN PULLY § DEBTORS § § § CHAPTER 13 § | |

CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before March 01, 2021 via electronic notice unless otherwise stated.

**Debtor**          *Via U.S. Mail*
Steven Pully
268 Hickory St.
Montrose, MI 48457


**Debtors' Attorney**
George E. Jacobs
Bankruptcy Law Offices
2425 S. Linden Road
Suite C
Flint, MI  48532

**Chapter 13 Trustee**
Carl Bekofske
400 N. Saginaw Street
Suite 331
Flint, Michigan 48502

                                        Respectfully Submitted,

                                        /s/ Mukta Suri
                                        ─────────────────────────────
                                        Authorized Agent for Specialized Loan Servicing, LLC
                                        Bonial & Associates, P.C.
                                        14841 Dallas Parkway Suite 425
                                        Dallas Texas 75254
                                        POCInquiries@BonialPC.com
                                        (972) 643-6600

| Date Received | Contractual Due Date | Post Funds Received | Pre Funds Received | Amount Applied to Principal | Amount Applied to Interest | Escrow Applied Disbursed | Other | Late Charges assessed or recovered | POST Suspense | PRE Suspense | Fee Recovered | Principal Balance | Escrow Balance | POST Suspense | PRE Suspense | Late Charge Balance | Fee Balance | POC Balance | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/01/15 | 07/01/15 | | | | | | | | | | | $100,510.58 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $883.41 | BEGINNING BAL |
| 07/05/15 | 07/01/15 | $883.41 | | $161.70 | $711.95 | | $9.76 | | | | | $100,348.88 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $883.41 | Post Petition Payment |
| 08/04/15 | 08/01/15 | $883.41 | | $162.85 | $710.80 | | $9.76 | | | | | $100,186.03 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $883.41 | Post Petition Payment |
| 09/02/15 | 09/01/15 | $883.41 | | $164.00 | $709.65 | | $9.76 | | | | | $100,022.03 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $883.41 | Post Petition Payment |
| 10/06/15 | 10/01/15 | $883.41 | | $165.16 | $708.49 | | $9.76 | | | | | $99,856.87 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $883.41 | Post Petition Payment |
| 11/03/15 | 11/01/15 | $883.41 | | $166.33 | $707.32 | | $9.76 | | | | | $99,690.54 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $883.41 | Post Petition Payment |
| 12/02/15 | 12/01/15 | $883.41 | | $167.51 | $706.14 | | $9.76 | | | | | $99,523.03 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $883.41 | Post Petition Payment |
| 01/04/16 | 01/01/16 | $883.41 | | $168.70 | $704.95 | | $9.76 | | | | | $99,354.33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $883.41 | Post Petition Payment |
| 02/03/16 | 02/01/16 | $883.41 | | $169.89 | $703.76 | | $9.76 | | | | | $99,184.44 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $883.41 | Post Petition Payment |
| 03/03/16 | 03/01/16 | $883.41 | | $171.09 | $702.56 | | $9.76 | | | | | $99,013.35 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $883.41 | Post Petition Payment |
| 04/07/16 | 04/01/16 | $883.41 | | $172.31 | $701.34 | | $9.76 | | | | | $98,841.04 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $883.41 | Post Petition Payment |
| 05/05/16 | 05/01/16 | $883.41 | | $173.53 | $700.12 | | $9.76 | | | | | $98,667.51 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $883.41 | Post Petition Payment |
| 06/02/16 | 06/01/16 | $883.41 | | $174.76 | $698.89 | | $9.76 | | | | | $98,492.75 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $883.41 | Post Petition Payment |
| 07/05/16 | 07/01/16 | $883.41 | | $175.99 | $697.66 | | $9.76 | | | | | $98,316.76 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $883.41 | Post Petition Payment |
| 08/03/16 | 08/01/16 | $883.41 | | $177.24 | $696.41 | | $9.76 | | | | | $98,139.52 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $883.41 | Post Petition Payment |
| 09/02/16 | 09/01/16 | $883.41 | | $178.50 | $695.15 | | $9.76 | | | | | $97,961.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $883.41 | Post Petition Payment |
| 10/04/16 | 10/01/16 | $883.41 | | $179.76 | $693.89 | | $9.76 | | | | | $97,781.26 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $883.41 | Post Petition Payment |
| 11/02/16 | 11/01/16 | $883.41 | | $181.03 | $692.62 | | $9.76 | | | | | $97,600.23 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $883.41 | Post Petition Payment |
| 12/05/16 | 12/01/16 | $883.41 | | $182.32 | $691.33 | | $9.76 | | | | | $97,417.91 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $883.41 | Post Petition Payment |
| 01/02/17 | | $883.41 | | | | | | | $883.41 | | | $97,417.91 | $0.00 | $883.41 | $0.00 | $0.00 | $0.00 | $883.41 | Debtor Payment to Suspense |
| 01/01/17 | 01/01/17 | | | $183.61 | $690.04 | | $9.76 | | -$883.41 | | | $97,234.30 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $883.41 | Post Petition Payment |
| 02/01/17 | | $883.41 | | | | | | | $883.41 | | | $97,234.30 | $0.00 | $883.41 | $0.00 | $0.00 | $0.00 | $883.41 | Debtor Payment to Suspense |
| 02/02/17 | 02/01/17 | | | $184.91 | $688.74 | | $9.76 | | -$883.41 | | | $97,049.39 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $883.41 | Post Petition Payment |
| 03/02/17 | | $883.41 | | | | | | | $883.41 | | | $97,049.39 | $0.00 | $883.41 | $0.00 | $0.00 | $0.00 | $883.41 | Debtor Payment to Suspense |
| 03/03/17 | 03/01/17 | | | $186.22 | $687.43 | | $9.76 | | -$883.41 | | | $96,863.17 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $883.41 | Post Petition Payment |
| 04/02/17 | | $873.65 | | | | | | | $873.65 | | | $96,863.17 | $0.00 | $873.65 | $0.00 | $0.00 | $0.00 | $883.41 | Debtor Payment to Suspense |
| 04/03/17 | 04/01/17 | | | $187.54 | $686.11 | | | | -$873.65 | | | $96,675.63 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $883.41 | Post Petition Payment |

| Date Received | Contractual Due Date | Post Funds Received | Pre Funds Received | Amount Applied to Principal | Amount Applied to Interest | Escrow Applied Disbursed | Other | Late Charges assessed or recovered | POST Suspense | PRE Suspense | Fee Recovered | Principal Balance | Escrow Balance | POST Suspense | PRE Suspense | Late Charge Balance | Fee Balance | POC Balance | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/01/17 | | $873.65 | | | | | | | $873.65 | | | $96,675.63 | $0.00 | $873.65 | $0.00 | $0.00 | $0.00 | $883.41 | Debtor Payment to Suspense |
| 05/02/17 | 05/01/17 | | | $188.86 | $684.79 | | | | -$873.65 | | | $96,486.77 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $883.41 | Post Petition Payment |
| 06/09/17 | | $873.65 | | | | | | | $873.65 | | | $96,486.77 | $0.00 | $873.65 | $0.00 | $0.00 | $0.00 | $883.41 | Debtor Payment to Suspense |
| 06/12/17 | 06/01/17 | | | $190.20 | $683.45 | | | | -$873.65 | | | $96,296.57 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $883.41 | Post Petition Payment |
| 07/03/17 | | $873.65 | | | | | | | $873.65 | | | $96,296.57 | $0.00 | $873.65 | $0.00 | $0.00 | $0.00 | $883.41 | Debtor Payment to Suspense |
| 07/05/17 | 07/01/17 | | | $191.55 | $682.10 | | | | -$873.65 | | | $96,105.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $883.41 | Post Petition Payment |
| 08/01/17 | | $873.65 | | | | | | | $873.65 | | | $96,105.02 | $0.00 | $873.65 | $0.00 | $0.00 | $0.00 | $883.41 | Debtor Payment to Suspense |
| 08/02/17 | 08/01/17 | | | $192.91 | $680.74 | | | | -$873.65 | | | $95,912.11 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $883.41 | Post Petition Payment |
| 09/01/17 | | $873.65 | | | | | | | $873.65 | | | $95,912.11 | $0.00 | $873.65 | $0.00 | $0.00 | $0.00 | $883.41 | Debtor Payment to Suspense |
| 09/05/17 | 09/01/17 | | | $194.27 | $679.38 | | | | -$873.65 | | | $95,717.84 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $883.41 | Post Petition Payment |
| 10/02/17 | | $873.65 | | | | | | | $873.65 | | | $95,717.84 | $0.00 | $873.65 | $0.00 | $0.00 | $0.00 | $883.41 | Debtor Payment to Suspense |
| 10/03/17 | 10/01/17 | | | $195.65 | $678.00 | | | | -$873.65 | | | $95,522.19 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $883.41 | Post Petition Payment |
| 11/01/17 | | $873.65 | | | | | | | $873.65 | | | $95,522.19 | $0.00 | $873.65 | $0.00 | $0.00 | $0.00 | $883.41 | Debtor Payment to Suspense |
| 11/02/17 | 11/01/17 | | | $197.03 | $676.62 | | | | -$873.65 | | | $95,325.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $883.41 | Post Petition Payment |
| 01/02/18 | 12/01/17 | $873.65 | | $198.43 | $675.22 | | | | | | | $95,126.73 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $883.41 | Post Petition Payment |
| 02/01/18 | 01/01/18 | $873.65 | | $199.84 | $673.81 | | | | | | | $94,926.89 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $883.41 | Post Petition Payment |
| 03/01/18 | 02/01/18 | $873.65 | | $201.25 | $672.40 | | | | | | | $94,725.64 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $883.41 | Post Petition Payment |
| 04/03/18 | 03/01/18 | $873.65 | | $202.68 | $670.97 | | | | | | | $94,522.96 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $883.41 | Post Petition Payment |
| 05/01/18 | 04/01/18 | $873.65 | | $204.11 | $669.54 | | | | | | | $94,318.85 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $883.41 | Post Petition Payment |
| 06/01/18 | 05/01/18 | $873.65 | | $205.56 | $668.09 | | | | | | | $94,113.29 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $883.41 | Post Petition Payment |
| 07/02/18 | 06/01/18 | $873.65 | | $207.01 | $666.64 | | | | | | | $93,906.28 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $883.41 | Post Petition Payment |
| 08/01/18 | 07/01/18 | $873.65 | | $208.48 | $665.17 | | | | | | | $93,697.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $883.41 | Post Petition Payment |
| 09/04/18 | 08/01/18 | $873.65 | | $209.96 | $663.69 | | | | | | | $93,487.84 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $883.41 | Post Petition Payment |
| 10/01/18 | 09/01/18 | $873.65 | | $211.44 | $662.21 | | | | | | | $93,276.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $883.41 | Post Petition Payment |
| 10/31/18 | 10/01/18 | $873.65 | | $212.94 | $660.71 | | | | | | | $93,063.46 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $883.41 | Post Petition Payment |
| 11/30/18 | 11/01/18 | $873.65 | | $214.45 | $659.20 | | | | | | | $92,849.01 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $883.41 | Post Petition Payment |
| 12/07/18 | | | | | | | | | | | | $92,849.01 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $883.41 | Service Transfer |
| 01/03/19 | | $873.65 | | | | | | | $873.65 | | | $92,849.01 | $0.00 | $873.65 | $0.00 | $0.00 | $0.00 | $883.41 | Debtor Payment to Suspense |
| 01/04/19 | 12/01/18 | | | $215.97 | $657.68 | | | | -$873.65 | | | $92,633.04 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $883.41 | Post Petition Payment |

| Date Received | Contractual Due Date | Post Funds Received | Pre Funds Received | Amount Applied to Principal | Amount Applied to Interest | Escrow Applied Disbursed | Other | Late Charges assessed or recovered | POST Suspense | PRE Suspense | Fee Recovered | Principal Balance | Escrow Balance | POST Suspense | PRE Suspense | Late Charge Balance | Fee Balance | POC Balance | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/29/19 | | $873.65 | | | | | | | $873.65 | | | $92,633.04 | $0.00 | $873.65 | $0.00 | $0.00 | $0.00 | $883.41 | Debtor Payment to Suspense |
| 01/30/19 | 01/01/19 | | | $217.50 | $656.15 | | | | -$873.65 | | | $92,415.54 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $883.41 | Post Petition Payment |
| 03/06/19 | | $873.65 | | | | | | | $873.65 | | | $92,415.54 | $0.00 | $873.65 | $0.00 | $0.00 | $0.00 | $883.41 | Debtor Payment to Suspense |
| 03/07/19 | 02/01/19 | | | $219.04 | $654.61 | | | | -$873.65 | | | $92,196.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $883.41 | Post Petition Payment |
| 04/04/19 | | $873.65 | | | | | | | $873.65 | | | $92,196.50 | $0.00 | $873.65 | $0.00 | $0.00 | $0.00 | $883.41 | Debtor Payment to Suspense |
| 04/05/19 | 03/01/19 | | | $220.59 | $653.06 | | | | -$873.65 | | | $91,975.91 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $883.41 | Post Petition Payment |
| 05/03/19 | | $873.65 | | | | | | | $873.65 | | | $91,975.91 | $0.00 | $873.65 | $0.00 | $0.00 | $0.00 | $883.41 | Debtor Payment to Suspense |
| 05/06/19 | 04/01/19 | | | $222.15 | $651.50 | | | | -$873.65 | | | $91,753.76 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $883.41 | Post Petition Payment |
| 06/07/19 | | $873.65 | | | | | | | $873.65 | | | $91,753.76 | $0.00 | $873.65 | $0.00 | $0.00 | $0.00 | $883.41 | Debtor Payment to Suspense |
| 06/10/19 | 05/01/19 | | | $223.73 | $649.92 | | | | -$873.65 | | | $91,530.03 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $883.41 | Post Petition Payment |
| 07/05/19 | | $873.65 | | | | | | | $873.65 | | | $91,530.03 | $0.00 | $873.65 | $0.00 | $0.00 | $0.00 | $883.41 | Debtor Payment to Suspense |
| 07/08/19 | 06/01/19 | | | $225.31 | $648.34 | | | | -$873.65 | | | $91,304.72 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $883.41 | Post Petition Payment |
| 08/12/19 | | $873.65 | | | | | | | $873.65 | | | $91,304.72 | $0.00 | $873.65 | $0.00 | $0.00 | $0.00 | $883.41 | Debtor Payment to Suspense |
| 08/13/19 | 07/01/19 | | | $226.91 | $646.74 | | | | -$873.65 | | | $91,077.81 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $883.41 | Post Petition Payment |
| 08/21/19 | | | | | | | | | | | -$374.72 | $91,077.81 | $0.00 | $0.00 | $0.00 | $0.00 | $374.72 | $883.41 | fee assessed |
| 08/21/19 | | | | | | | | | | | -$139.80 | $91,077.81 | $0.00 | $0.00 | $0.00 | $0.00 | $514.52 | $883.41 | fee assessed |
| 08/21/19 | | | | | | | | | | | -$1,953.90 | $91,077.81 | $0.00 | $0.00 | $0.00 | $0.00 | $2,468.42 | $883.41 | fee assessed |
| 08/21/19 | | | | | | | | | | | -$195.40 | $91,077.81 | $0.00 | $0.00 | $0.00 | $0.00 | $2,663.82 | $883.41 | fee assessed |
| 08/21/19 | | | | | | | | | | | -$1,772.61 | $91,077.81 | $0.00 | $0.00 | $0.00 | $0.00 | $4,436.43 | $883.41 | fee assessed |
| 09/06/19 | | $873.65 | | | | | | | $873.65 | | | $91,077.81 | $0.00 | $873.65 | $0.00 | $0.00 | $4,436.43 | $883.41 | Debtor Payment to Suspense |
| 09/09/19 | 08/01/19 | | | $228.52 | $645.13 | | | | -$873.65 | | | $90,849.29 | $0.00 | $0.00 | $0.00 | $0.00 | $4,436.43 | $883.41 | Post Petition Payment |
| 10/01/19 | | | $195.20 | | | | | | | $195.20 | | $90,849.29 | $0.00 | $195.20 | $0.00 | $0.00 | $4,436.43 | $883.41 | Debtor Payment to Suspense |
| 10/07/19 | | $873.65 | | | | | | | $873.65 | | | $90,849.29 | $0.00 | $1,068.85 | $0.00 | $0.00 | $4,436.43 | $883.41 | Debtor Payment to Suspense |
| 10/08/19 | 09/01/19 | | | $230.13 | $643.52 | | | | -$873.65 | | | $90,619.16 | $0.00 | $195.20 | $0.00 | $0.00 | $4,436.43 | $883.41 | Post Petition Payment |
| 11/05/19 | | $873.65 | | | | | | | $873.65 | | | $90,619.16 | $0.00 | $1,068.85 | $0.00 | $0.00 | $4,436.43 | $883.41 | Debtor Payment to Suspense |
| 11/06/19 | 10/01/19 | | | $231.76 | $641.89 | | | | -$873.65 | | | $90,387.40 | $0.00 | $195.20 | $0.00 | $0.00 | $4,436.43 | $883.41 | Post Petition Payment |
| 12/06/19 | | $873.65 | | | | | | | $873.65 | | | $90,387.40 | $0.00 | $1,068.85 | $0.00 | $0.00 | $4,436.43 | $883.41 | Debtor Payment to Suspense |

| Date Received | Contractual Due Date | Post Funds Received | Pre Funds Received | Amount Applied to Principal | Amount Applied to Interest | Escrow Applied Disbursed | Other | Late Charges assessed or recovered | POST Suspense | PRE Suspense | Fee Recovered | Principal Balance | Escrow Balance | POST Suspense | PRE Suspense | Late Charge Balance | Fee Balance | POC Balance | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/09/19 | 11/01/19 | | | $233.41 | $640.24 | | | | -$873.65 | | | $90,153.99 | $0.00 | $195.20 | $0.00 | $0.00 | $4,436.43 | $883.41 | Post Petition Payment |
| 01/10/20 | | $873.65 | | | | | | | | $873.65 | | $90,153.99 | $0.00 | $1,068.85 | $0.00 | $0.00 | $4,436.43 | $883.41 | Debtor Payment to Suspense |
| 01/13/20 | 12/01/19 | | | $235.06 | $638.59 | | | | -$873.65 | | | $89,918.93 | $0.00 | $195.20 | $0.00 | $0.00 | $4,436.43 | $883.41 | Post Petition Payment |
| 02/04/20 | | $873.65 | | | | | | | | $873.65 | | $89,918.93 | $0.00 | $1,068.85 | $0.00 | $0.00 | $4,436.43 | $883.41 | Debtor Payment to Suspense |
| 02/05/20 | 01/01/20 | | | $236.72 | $636.93 | | | | -$873.65 | | | $89,682.21 | $0.00 | $195.20 | $0.00 | $0.00 | $4,436.43 | $883.41 | Post Petition Payment |
| 03/06/20 | | $873.65 | | | | | | | | $873.65 | | $89,682.21 | $0.00 | $1,068.85 | $0.00 | $0.00 | $4,436.43 | $883.41 | Debtor Payment to Suspense |
| 03/09/20 | 02/01/20 | | | $238.40 | $635.25 | | | | -$873.65 | | | $89,443.81 | $0.00 | $195.20 | $0.00 | $0.00 | $4,436.43 | $883.41 | Post Petition Payment |
| 04/07/20 | | $873.65 | | | | | | | | $873.65 | | $89,443.81 | $0.00 | $1,068.85 | $0.00 | $0.00 | $4,436.43 | $883.41 | Debtor Payment to Suspense |
| 04/08/20 | 03/01/20 | | | $240.09 | $633.56 | | | | -$873.65 | | | $89,203.72 | $0.00 | $195.20 | $0.00 | $0.00 | $4,436.43 | $883.41 | Post Petition Payment |
| 05/05/20 | | $873.65 | | | | | | | | $873.65 | | $89,203.72 | $0.00 | $1,068.85 | $0.00 | $0.00 | $4,436.43 | $883.41 | Debtor Payment to Suspense |
| 05/06/20 | 04/01/20 | | | $241.79 | $631.86 | | | | -$873.65 | | | $88,961.93 | $0.00 | $195.20 | $0.00 | $0.00 | $4,436.43 | $883.41 | Post Petition Payment |
| 06/05/20 | | $873.65 | | | | | | | | $873.65 | | $88,961.93 | $0.00 | $1,068.85 | $0.00 | $0.00 | $4,436.43 | $883.41 | Debtor Payment to Suspense |
| 06/08/20 | 05/01/20 | | | $243.50 | $630.15 | | | | -$873.65 | | | $88,718.43 | $0.00 | $195.20 | $0.00 | $0.00 | $4,436.43 | $883.41 | Post Petition Payment |
| 07/07/20 | | $873.65 | | | | | | | | $873.65 | | $88,718.43 | $0.00 | $1,068.85 | $0.00 | $0.00 | $4,436.43 | $883.41 | Debtor Payment to Suspense |
| 07/27/20 | 06/01/20 | | | $245.23 | $628.42 | | | | -$873.65 | | | $88,473.20 | $0.00 | $195.20 | $0.00 | $0.00 | $4,436.43 | $883.41 | Post Petition Payment |
| 08/07/20 | | $873.65 | | | | | | | | $873.65 | | $88,473.20 | $0.00 | $1,068.85 | $0.00 | $0.00 | $4,436.43 | $883.41 | Debtor Payment to Suspense |
| 08/10/20 | 07/01/20 | | | $246.96 | $626.69 | | | | -$873.65 | | | $88,226.24 | $0.00 | $195.20 | $0.00 | $0.00 | $4,436.43 | $883.41 | Post Petition Payment |
| 09/04/20 | | $873.65 | | | | | | | | $873.65 | | $88,226.24 | $0.00 | $1,068.85 | $0.00 | $0.00 | $4,436.43 | $883.41 | Debtor Payment to Suspense |
| 09/07/20 | 08/01/20 | | | $248.71 | $624.94 | | | | -$873.65 | | | $87,977.53 | $0.00 | $195.20 | $0.00 | $0.00 | $4,436.43 | $883.41 | Post Petition Payment |
| 10/07/20 | | $873.65 | | | | | | | | $873.65 | | $87,977.53 | $0.00 | $1,068.85 | $0.00 | $0.00 | $4,436.43 | $883.41 | Debtor Payment to Suspense |
| 10/08/20 | 09/01/20 | | | $250.48 | $623.17 | | | | -$873.65 | | | $87,727.05 | $0.00 | $195.20 | $0.00 | $0.00 | $4,436.43 | $883.41 | Post Petition Payment |
| 11/04/20 | | $873.65 | | | | | | | | $873.65 | | $87,727.05 | $0.00 | $1,068.85 | $0.00 | $0.00 | $4,436.43 | $883.41 | Debtor Payment to Suspense |
| 11/05/20 | 10/01/20 | | | $252.25 | $621.40 | | | | -$873.65 | | | $87,474.80 | $0.00 | $195.20 | $0.00 | $0.00 | $4,436.43 | $883.41 | Post Petition Payment |
| 12/08/20 | 11/01/20 | $873.65 | | $254.04 | $619.61 | | | | | | | $87,220.76 | $0.00 | $195.20 | $0.00 | $0.00 | $4,436.43 | $883.41 | Post Petition Payment |
| 01/07/21 | 12/01/20 | $873.65 | | $255.84 | $617.81 | | | | | | | $86,964.92 | $0.00 | $195.20 | $0.00 | $0.00 | $4,436.43 | $883.41 | Post Petition Payment |
| 02/08/21 | 01/01/21 | $873.65 | | $257.65 | $616.00 | | | | | | | $86,707.27 | $0.00 | $195.20 | $0.00 | $0.00 | $4,436.43 | $883.41 | Post Petition Payment |
| 02/24/21 | | | $883.41 | | | | | | | $883.41 | | $86,707.27 | $0.00 | $195.20 | $883.41 | $0.00 | $4,436.43 | $0.00 | Pre Check Request to Prior |
| 02/24/21 | 02/01/21 | | | $259.47 | $614.18 | | | | | -$873.65 | | $86,447.80 | $0.00 | $195.20 | $9.76 | $0.00 | $4,436.43 | $0.00 | Pre Petition Payment |

BVW #

4 of 4